UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GUADALUPE SAINZ DE CABRERA, | ) No. CV 13-02010-VBK |
|        Plaintiff, | ) JUDGMENT |
|     v. | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
|        Defendant. | ) |

**IT IS HEREBY ORDERED** that the decision of the Commissioner is reversed, and the matter is remanded for a new hearing consistent with the Memorandum Opinion.

DATED: January 9, 2014

/s/
VICTOR B. KENTON
UNITED STATES MAGISTRATE JUDGE